STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIAM BRUNE, DEFENDANT-PETITIONER.

*Mr. Frank B. Bozza* for the petitioner.

*Mr. Edward Gaulkin* and *Mr. Melvin .P. Antell* for the respondent.

June 8, 1953.   Denied.

WALTER M. LEITH, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
ANDREW B. HORGAN, DEFENDANT-RESPONDENT.

See same case below:  24 *N. J. Super.* 516.

*Mr. Frank B. Bozza* for the petitioners.

*Messrs. Lum, Fairlie & Foster* and *Mr. Charles S. Barrett, Jr.,* for the respondent.

June 8, 1953.   Granted.